COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Patrick Cox v. Cara Cox

Appellate case number:   01-15-00063-CV

Trial court case number: 2013-21966

Trial court:             245th District Court of Harris County

    Appellee's motion to extend the time to file her appellee's brief is GRANTED. Unless appellee files her brief within **ten days of this order**, the Court will set this appeal for submission without an appellee's brief.

    It is so ORDERED.

Judge's signature: /s/ <u>Michael Massengale</u>
          ☒ Acting individually

Date:  March 1, 2016